on the invoices which are included in the official papers filed with the court in the several suits.

Judgment will be entered accordingly.

### REHEARING MOTION GRANTED

JUNE 18, 1963

Reap. Dec. 10544.—Titan Import Export Corporation *v.* United States, ■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■ Entered at Los Angeles, Calif. (Not published.) Motion by plaintiff.